UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA )
                               ) 1) Misdemeanor Class A
     v.                 ) 2) Misdemeanor Class B
                               )
  DANIEL MAHON            )
                               )

Magistrate's Docket No.
Case No.

COMPLAINT P421224
P421225

Offense on a Federal Reservation

    Before the Honorable Susan D. Davis, a United States Magistrate Judge for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal Reservation under the provisions of 18 U.S.C. 3401, personally appeared this day ROBERT PASCHALL Special Assistant U. S. Attorney, Office of the Staff Judge Advocate, Fort Monmouth, New Jersey, who, under oath charges:

    On or about the 16th day of August 2000, at Gateway Recreation Area (Sandy Hook), Highlands, New Jersey, in the Judicial District of New Jersey, DANIEL MAHON, did, at approximately 1354 hours
(Name of Accused)

1) on Lot G, knowingly or intentionally possess a controlled substance, to wit: marijuana,

2) become a disorderly person by having in his possession, with intent to use, drug paraphernalia to wit: one hit pipe, black knapsack, and brown wooden dugout,

in violation of U.S.C. Title 21 Section 844(a)  2) U.S.C. Title 18 Section 13 and NJSA 2C:36-2

Further this complaint is based on the attached Statement of Probable Cause.

    The name of the complainant is:

_____
Special Assistant U. S. Attorney

Affirmed before me, and subscribed in my presence, at Fort Monmouth, New Jersey.

September 27, 2000

_____
U. S. MAGISTRATE JUDGE